170 So.2d 504

**Charlie Lee WARD**

v.

**STATE.**

**6 Div. 168.**

Supreme Court of Alabama.

Jan. 7, 1965.

Morel Montgomery, Birmingham, for petitioner.

Richmond M. Flowers, Atty. Gen., and Mary Lee Stapp, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of Charlie Lee Ward for certiorari to the Court of Appeals to review and revise the judgment and decision in Ward v. State, 170 So.2d 500 (6 Div. 989).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

171 So.2d 107

**Sam WEBSTER**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 160.**

Supreme Court of Alabama.

Jan. 21, 1965.

Arthur Shores and Orzell Billingsley, Jr., Birmingham, Norman C. Amaker and Jack Greenberg, New York City, for petitioner.

Wm. C. Walker, Birmingham, opposed.

SIMPSON, Justice.

Petition of Sam Webster for certiorari to the Court of Appeals to review and revise the judgment and decision in Webster v. City of Birmingham, 171 So.2d 107.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.